UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Priority | |
| Send | |
| Enter | |
| Closed | |
| JS-5/JS-6 | X  JS6 |
| Scan Only | |

**CASE NO.:** EDCV 13-00785 SJO (DTBx)   **DATE:** October 29, 2014

**TITLE:** Sergio Diaz v. Janet Napolitano, et al.

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                             Not Present
Courtroom Clerk                              Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**           **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                  Not Present

========================================================================
**PROCEEDINGS (in chambers): FINAL JUDGMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter came before the Court on Defendant Jeh Johnson's Motion for Summary Judgment. Plaintiff Sergio Diaz ("Plaintiff") filed the operative complaint on April 29, 2013, and portions of this Complaint were dismissed by the Court's Order of November 5, 2013. On October 29, 2014, the Court issued an Order granting summary judgment in favor of Defendants Secretary of Homeland Security Jeh Johnson, the Department of Homeland Security, and the Transportation Security Administration ("Defendants"). In view of the Court's summary judgment order, and good cause having been shown, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of Defendants on all remaining claims. Plaintiff shall take nothing by his Complaint.

IT IS SO ADJUDGED.